Circuit Court for Montgomery County
Case No. 463779-V
Argued: December 5, 2019

IN THE COURT OF APPEALS

OF MARYLAND

Misc. Docket AG No. 62
September Term, 2018

_____

ATTORNEY GRIEVANCE COMMISSION
OF MARYLAND

v.

WILLIAM CLARK PLANTA

_____

Barbera, C.J.
McDonald
Watts
Hotten
Getty
Booth
Battaglia, Lynne A.,
    (Senior Judge, Specially Assigned)

JJ.

_____

PER CURIAM ORDER

_____

Filed: December 6, 2019

Pursuant to Maryland Uniform Electronic Legal
Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Suzanne C. Johnson, Clerk

| ATTORNEY GRIEVANCE | * | **In the** |
| COMMISSION OF MARYLAND | | |
| | * | **Court of Appeals** |
| v. | * | **of Maryland** |
| WILLIAM CLARK PLANTA | * | **Misc. Docket AG No. 62** |
| | | **September Term, 2018** |

### PER CURIAM ORDER

For reasons to be stated in an opinion later to be filed, it is this 6th day of December 2019,

ORDERED, by the Court of Appeals of Maryland, that the Respondent, William Clark Planta be, and he is hereby, disbarred, effective immediately, from the further practice of law in the State of Maryland; and it is further

ORDERED that the Clerk of this Court shall strike the name of William Clark Planta from the register of attorneys, and pursuant to Maryland Rule 19-761, shall certify that fact to the Trustees of the Client Protection Fund and the clerks of all judicial tribunals in the State; and it is further

ORDERED that Respondent shall pay all costs as taxed by the Clerk of this Court, including the costs of all transcripts, pursuant to Maryland Rule 19-709, for which sum judgment is entered in favor of the Attorney Grievance Commission of Maryland against William Clark Planta.

 /s/ Mary Ellen Barbera
Chief Judge